

CAPITAL POLICE DECODE
COMMUNIST AMERICAN POLICE ISIS TRUMP ADMINISTRATION LOUISIANA POLICE ORGANIZATION LOUISIANA CLANDESTINE ESPIANAGE


U.S. CAPITAL DECODE
UNDERGROUND SOCIETY COMMUNIST AMERICAN POLITICIANS TRUMP ADMINISTRATION LOUSIANA

TRUMP DECODE
MURT – DEFINITION MURDER MASSACRE JEEZ HELL JESUS CHRIST


CIA INTEL
JANUARY 6TH RIOT WAS STAGED BY RUSSIA THE CAPITAL POLICE WERE RUSSIAN POLICE WHO TOOK OVER THE CAPITAL BY KIDNAPPING POLITICIANS AND FROM THAT POINT ON ALL TELEVISED MEDIA WAS MANIPULATED BROADCAST PUT ON BY THE KGB . AS YOU CAN SEE IN THE PHOTO THE FLAG FOR TRUMP IS REVERSED SPELLING THE WORD MURT

WASHINGTON DECODE
WIRELESS ANARCHY SPY HEADQUARTERS ISIS NETWORK GANGSTALKING TRUMP ORGANIZATION NETWORK

COPY OF ORDER TO SEND FILE TO CHIEF JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 13 2023

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BEAU DERISE** | **CIVIL ACTION NO. 5:22-cv-729** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **BUGATTI AUTOMOBILES S A S** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

On March 9, 2022, a Complaint was filed by pro se Plaintiff ("Plaintiff") Beau Derise against Defendant ("Defendant") Bugatti Automobiles S A S. A Motion for Leave to Proceed *In Forma Pauperis* was also filed by Plaintiff on March 18, 2022. (Doc. No. 2) In this lawsuit, Plaintiff complains of broadcasting equipment installed in vehicles that "slandered my name." He seeks damages and to bankrupt the Defendant corporation.

Plaintiff is no stranger to this court having filed over 50 lawsuits since 2019 including the current suit. Most of these suits have been dismissed for being frivolous, for lack of jurisdiction, or for failure to comply with orders. On April 8, 2021, Plaintiff was given the opportunity to go before this Court in a hearing to clarify claims he made in 30 cases but he failed to appear for the hearing. The suits were then dismissed for lack of subject matter jurisdiction and because the complaints failed to state any plausible, nonfrivolous claims on which relief could be granted. Plaintiff was warned in the Judgments entered in those cases that the filing of any additional frivolous lawsuits would result in his being ordered to show cause why he should not be placed on the sanctioned/barred litigants for this district.1 On December 27, 2021, Plaintiff was ordered to show cause at a hearing

---

1  6:19-CV-635; 6:19-cv-1289; 6:21-CV-00069; 6:21-cv-00070; 6:21-cv-00072; 6:21-cv-00198; 6:21-cv-00249; 6:21-cv-00251; 6:21-cv-00365; 6:21-cv-00367; 6:21-cv-00368; 6:21-cv-00369; 6:21-cv-00371; 6:21-cv-00374; 6:21-cv-00396; 6:21-cv-00397; 6:21-cv-

before this Court as to why he should not be placed on the list of sanctioned/barred litigants for the district. See *Derise v. District Court,* Case No. 6:21-cv-3669, Doc. No. 6. Once again, Plaintiff failed to appear at the hearing. On January 3, 2022, this Court placed Plaintiff on the list of sanctioned/barred litigants. *Derise v. District Court,* Case No. 6:21-cv-3669, Doc. No. 9. In that case, this Court ordered that "the Clerk of Court place Mr. Derise on the list of sanctioned/barred litigants for this district, and that the Clerk of Court decline to accept and file any civil complaint submitted, transferred or removed by Mr. Beau Derise unless the complaint has been presented first to the chief judge and the chief judge has specifically authorized in writing that the complaint may be filed, transferred or removed." The Court also ordered that any motion to proceed *in forma pauperis* that accompanied such a complaint should be directed to the Chief Judge for action. The Court reasoned that these measures taken would protect the judiciary and the public "without unduly burdening Plaintiff's ability to access the court if he has a good faith complaint." See 6:21-cv-3669, Doc. No. 9.

Plaintiff is a *pro se* litigant in this case and in all his cases. The pleadings of pro se litigants are held to a less stringent standard than those pleadings drafted by attorneys. *Taylor v. Books A Million, Inc.*, 296 F.3d 376, 378 (5th Cir. 2002). However, pro se plaintiffs are required to plead factual allegations that raise the right to relief above a speculative level. *Chhim v. University of Texas at Austin*, 836 F.3d 467, 469 (5th Cir. 2016). Pro se litigants have "no license to harass others, clog the judicial machinery with meritless litigation, and abuse already overloaded court dockets." *Farguson v. MBank Houston,*

---

00433; 6:21-cv-00434; 6:21-cv-00437; 6:21-cv-00448; 6:21-cv-00457; 6:21-cv-00781; 6:21-cv-00796; 6:21-cv-00801; 6:21-cv-00803; 6:21-cv-00806; 6:21-cv-0080; 6:21-cv-00819; 6:21-cv-00902; 6:21-cv-00908.

Case 5:22-cv-00379-SMH-MLH Document 7 Filed 04/19/22 Page 1 of 1 PageID #: 18
Case 3:23-cv-00300-TAD-KDM Document 1-2 Filed 04/13/23 Page 6 of 8 PageID #: 13
22-cv-0379

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 19 2022

TONY R. MOORE, CLERK
BY: KW
DEPUTY

To: The Honoroable Nannette Jolivete Brown, Chief judge.

Civil action no. 5:22-cv-379
Motion to re-instate court date.

On April 8 2021 I was asked to go in front of the judge to explain myself. I know 42 civil suits may seem a little frustrating but there is a good explination for all of them. In this and all matters I am asking that my court date be reinstated in writing by the chief judge and would like to have this date take place at john m. shaw courthouse so I can be sure to make the appearance to explain all of my civil suits and get my status back off the sanction list so I can continue my business at the courthouse without prejudice. My address to mail the court date is 5940 john g. barres road Youngsville Louisiana 70592.

Thanks, Beau Derise

No summons was ever mailed to me for April 8 2021 or December 27 2021

## COMPLAINT
### STATEMENT OF CLAIM

AN APRIL 8TH 2021 COURTDATE WAS ISSUED FOR 30 DEFENDENTS AT ONCE. THEY PROTECTED THESE DEFENDENTS USING FEDERAL FRAUD FOR TRYING TO HAVE ME CLARIFY 30 CASES AT ONE TIME INSTEAD OF HAVING A COURT DATE FOR EACH ONE. IWAS NEVER GIVEN PROPER PAPERWORK INDICATING I HAD AN APRIL 8TH COURT DATE UNTIL AFTER. JUNE 1ST 2022 A LETTER WAS GIVEN TO THE COURTHOUSE STATING THAT ALLSTATE HIRED A TERRORIST TO KILL ME IN 2019. JULY 8TH IN TRIED TO SEEK PERMISSION TO FILE ANOTHER SUIT AGAINST ALLSTATE BUT WAS DENIED. APRIL 19TH 2022 I FILED ANOTHER MOTION TO REINSTATE THE APRIL 8TH COURTDATE IN WHICH I WAS NEVER PROPERLY SUMMONED AND WAS DENIED. ALSO MULTIPLE LETTERS TO THE JUDGE WERE WRITTEN CONCERNING THE TRANSMITTERS BROADCASTING AND TERRORIST. NEXT 25 OR SO MORE CIVIL SUITS WERE FILED AND NO COURT DATES WERE ISSUED FOR ME. IWAS EVENTUALLY SANCTIONED / BANNED FROM THE COURTHOUSE FOR FILING LAWSUITS. MULTIPLE ATTEMPTS WERE TRIED TO REMOVE THE SANCTIONAND WAS DENIED . NO EXPLINATION FOR NOT REINSTATING MY COURT DATES WERE GIVEN. ALL CORPORATIONS IN THE UNITED STATES ARE INVOLVED IN TERRORISM. THE COPORATIONS WERE PROTECTED USING A SECRET AGREEMENT IN WHICH THEY ARE PART OF THE FEDERAL FRAUD AT THIS COURTHOUSE. THAT IS WHY IM SUING FOR THERE VALUE

LETTER TO COURTHOUSE  6-1-2022
TO WHOM IT MAY CONCERN:

I HAVE HAD 42 CIVIL SUITS SINCE 2019.MARCH 14TH 2020 COVID -19 CLOSED THE COURTHOUSES DUE TO PRESIDENT TRUMPS DECISIION. THIS DISALLOWED CIVIL ACTION AGAINST ALLSTATE INSURANCE WHOM HIRED A SERIAL KILLER NAMED THAD EFFERSON TO TAKE MY LIFE AFTER A 2015 MOTOER VEHICLE ACCIDENT WHERE I WAS STRUCK AS A PEDESTRIAN. I WAS JAILED ON FALSE CHARGES BY THIS INDIVIDUAL AT LAFAYETTE PARISH CORRECTIONAL CENTER FOR SIMPLE ASSAULT ON AN OFFICER AS HE IMPERSONATED A UL POLICE OFFICER AND KIDNAPPED ME IN A PATROL CAR ON U.L. CAMPUS AND HELD ME HOSTAGE INSIDE AN INTERAGATION ROOMON CAMPUS WITH A SET OF HANDCUFFS ON ME THAT WERE ELECTROCUTING MY WRIST.THIS HAPPENED JANUARY 2019.JULY 2019 I WAS FOLLOWED INSIDE ST. VINCENT DE PAUL MENS SHELTER WHERE THAD EFFERSON PLACED MICROTRANSMITTERS IN BOTH MY EARS WHILE I WASA ASLEEP. HE LEFT THE SHELTER AND STARTED TO FOLLOW ME INSIDE A CITY OF BATON ROUGE POLICE CAR. THE TRANSMITTERS WHERE ON WITHOUT MY CONTROL AS AUDIO AND HIGH PITCH FREQUENCIES PLAYED INSIDE MY HEAD.THIS IS KNOWN AS AN ISIS ATTACK.I.S.I.S. INTERGRATED SYSTEM INSIDE SOMEONE – MICROTRANSMITTERS. I.S.I.S IMPERSONATE SECURITY INSIDE  STATE –IMPERSONATE POLICE OFFICER. EVERY WHERE I WENT INSIDE CORPORATIONS LIKE CVS,WALMART,WALGREENS ETC. THE SAME AUDIO TRANSMISSION INSIDE MY HEAD WERE PLAYING INSIDE THESE ESTABLISHMENTS INCLUDING JOHN M SHAW FEDERAL COURTHOUSE ALSO RUSSEL B LING FEDERAL COURTHOUSE IN BATON ROUGE. OCTOBER 2019 THAD EFFERSON IN A LAFAYETTE CITY POLICE VEHICLE ELECTROCUTED ME IN MY HEAD WITH A TASER WHILE I WAS ASLEEP AT VETERANS PARK. NEXT NOVEMBER 7 2019 I WAS PICKED UP ON WARRANTS THAT HE CREATED THROUGH THE CLERKS OFFICE.THIS I.S.I.S. SYSTEM WAS ALSO ON INSIDE LAFAYETE PARISH JAIL. I.S.I.S. INTERCOM SPEAKER INSIDE SOMEWHERE- I.S.I.S SYSTEM WITH THE VOLUME TURNED UP LOUD THE WHOLE TIME I WAS IN JAIL 11 MONTHS.I WAS RELEASED APRIL 6TH 2020 , MARCH 14 2020 DONALD TRUMP CLOSED ALL COURTHOUSES AND DEPLOYED COVID -19 TO SAVE ALLSTATE INSURANCE FROM BEING BANKRUPTED! THEN A TERRORIST ATTACK WAS STARTED CALLED CORPORATE GANGSTALKING IN WHICH I WAS STALKED BY NUMEROUS PEOPLE EVERYWHERE I WENT INCLUDING IS.I.S. TERRORIST THAD EFFERSON! THE ISIS SYTEM IS ON EVERYWHERE INSIDE EVERY BUILDING AND ON EVERY KIND OF AUTOMOBILE IN THE COUNTRY.THIS IS CORPORATE GANGSTALKING.DONALD TRUMP SHUT DOWN THE COURTSWITH A TIER 2 TERRORIST ORGANIZATION ON THE STREETS TRYING TO KILL ME BEHIND A STAGED AUTO ACCIDENT I WAS INVOLVED IN SEPTEMBER 7TH 2015 WHERE ALLSTATE WAS INVOLVED. THIS MAN HAS BEEN STALKING ME 8 YEARS.ALL COURTHOUSES IN THE COUNTRY HAVE THIS SYSTEM ON.ALLSTATE WAS FIRST CIVILY SUED IN 2018 ALONG WITH 42 CIVIL SUITS INCLUDING CORPORATIONS, INCLUDING DONALD TRUMP BEHIND THIS TERRORIST ATTACK AND THE SYSTEM CONNECTED TO THE MICROTRANSMITTERS. THE SYSTEM IS STILL ON.THAD EFFERSON IS STILL IN POSSESION OF THE COMPUTER THAT CONTROLS IT.I SUED JOHN M. SHAW CIVILY AND WAS TOLD THE COURTHOUSE COULD NOT BE SUED BECAUSE IT DID NOT HAVE A "PERSONALITY" OF WHICH I DO NOT UNDERSTAND BECAUSE AFTER 42 CIVIL SUITSI DID NOT RECIVE ANY PAYMENT NOR WAS I MAILED COURT DATES FOR THESE LITIGANTS NOR WAS A SUMMONS PROPERLY ISSUED AND THEN I WAS SANCTIONED AND BANNED FROM THE COURTHOUSE. THIS IS A FEDERAL INVESTIGATION BECAUSE THE COURTS TRIED TO SAVE ALLSTATE AS CORPORATIONS BANNED TOGETHER AS THE COURTS PROTECTED THE CORPORATIONS IN A TERRORIST ATTACK CALLED CORPORATE GANGSTALKING.THIS IS WHY A MOTION WAS FILED TO REOPEN THE CASE DERISE VS JOHN M. SHAW.I